Priority ✓
Send
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

P-SEND
JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ✓ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelica Hayden, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Cinetel Films, Inc., et al., <br><br> Defendant(s). | NO. CV 04-8816 SJO (MANx) <br><br> **ORDER OF DISMISSAL** <br> **BY REASON OF SETTLEMENT** |

DOCKETED ON CM
JUL 14 2005
BY _____ 009

The Court has been advised by counsel that this action has settled and it is not necessary for the action to remain on the calendar of the Court. Accordingly, it is hereby ORDERED that this action be, and hereby is, dismissed without prejudice.

The Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

Dated this 12th day of July, 2005.

S. Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE